NCW 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) ) ) ) | |
| TRUETT GEORGE BRYANT, et al., ) ) | |
| Plaintiffs, ) ) | MDL 875 |
| This filing pertains to plaintiffs, ) **SARA L. JEFFERS**, as Executrix of the ) Estate of **WALTER L. BURNS**, ) deceased, ) ) | WDNC No. 3:98CV548-T |
| v. ) ) | |
| ACand S, et al., ) ) | |
| Defendants. | |

ORDER SUBSTITUTING PERSONAL REPRESENTATIVE AS PLAINTIFF

This cause being heard by the undersigned Judge on motion of Sara L. Jeffers, as Executrix of the Estate of Walter L. Burns, deceased, to be substituted as plaintiff; and it appearing to the Court that Walter L. Burns is deceased and that Sara L. Jeffers is the duly qualified, appointed and acting Executrix of his Estate; and it further appearing to the Court that the nature of this action is such that the cause of action survives the death of the named plaintiff;

IT IS ORDERED that Sara L. Jeffers, as Executrix of the Estate of Walter L. Burns, deceased, is hereby substituted as plaintiff for Walter L. Burns and that the substitution shall be hereafter shown in the title to this action.

This the 3rd day of May, 2005.

_____
Charles R. Weiner
United States District Judge