FILED
ASHEVILLE, N.C.
DEC 1 3 2006
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CIVIL ACTION NO. MDL 875 |
| This Document Relates To: | |
| Truett George Bryant, et al., | USDC, WDNC<br>Civil Action No. 3:98CV548-T |
| This filing pertains to plaintiffs, | |
| Mary L. Hicks, individually and as Executrix of the Estate of Robert Lee Hicks, | |
| Plaintiff, | |
| v. | |
| Airco, Inc., et al., | |
| Defendants. | |

## ORDER OF DISMISSAL

The above-entitled action is now pending in this Court.

NOW comes Ward Black Law, Attorneys for Plaintiff, Mary L. Hicks, Individually and as Personal Representative of the Estate of Robert Lee Hicks and moves for an Order of Dismissal without prejudice as to Owens-Illinois, Inc. as to Mary L. Hicks, Individually and as Personal Representative of the Estate of Robert Lee Hicks ; and

With the consent of Nelson Mullins Riley & Scarborough, L.L.P., Attorneys for Owens-Illinois, Inc.,

ORDERED that the Plaintiff, Mary L. Hicks, Individually and as Personal Representative of the Estate of Robert L. Hicks be granted an Order of Dismissal without prejudice in the above-entitled matter as to Owens- Illinois, Inc.

AND IT IS SO ORDERED.

_____
James T. Giles
United States District Court Judge

December 4, 2006.

WE SO MOVE:

WARD BLACK LAW

_____
Janet Ward Black
Ward Black Law
208 West Wendover Avenue
Greensboro, NC 27401
(336) 273-3812

Attorneys for Plaintiff

WE CONSENT:

NELSON MULLINS RILEY
    & SCARBOROUGH, L.L.P.

_____
Robert O. Meriwether
1330 Lady Street, Third Floor
Post Office Box 11070
Columbia, SC 29211
(803) 799-2000

Attorneys for Owens-Illinois, Inc.